IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRYAN L. WALTER | § | |
| Plaintiff, | § § § | |
| VS. | § | Case No. 4:11CV302 |
| MCKINNEY POLICE DEPARTMENT, et al., | § § § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 11, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant City of McKinney Police Department's Motion to Dismiss (Dkt.13) be GRANTED and that this case be dismissed with prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendant City of McKinney Police Department's Motion to Dismiss (Dkt.13) is GRANTED and this case shall be dismissed with prejudice

**IT IS SO ORDERED.**

**SIGNED this the 20th day of March, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE